IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

COLTON RICKELS,
        Petitioner,
   v.                               **Judgment in a Civil Case**
WARDEN D. LEU,
        Respondent.               Case Number: 5:20-HC-2100-D

**Decision by Court.**

The Honorable James C. Dever III, United States District Judge, directed that the action be dismissed without prejudice without further order of the court if petitioner failed to file any response to the order to show cause filed on September 15, 2021.

Petitioner failed to respond, and the undersigned proceeds as directed by the court.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice for failure to prosecute.

This Judgment Filed and Entered on October 4, 2021, with service on:
Colton Rickels 13932-029 Butner Medium II - F.C.I. P.O. Box 1500 Butner, NC 27509
(via U.S. Mail)
Mallory Brooks Storus (via cm/ecf Notice of Electronic Filing)

October 4, 2021                                        Peter A. Moore, Jr.
                                                       Clerk

                                            By:   */s/*
                                                           Deputy Clerk